JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. **EDCV 14-00845-VAP** |
|---|---|
| Plaintiff/Respondent, | EDCR 08-00014-VAP |
| v. | **JUDGMENT** |
| OMAR LOPEZ-ZAMORAN, | |
| Defendant/Movant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Movants's Motion for Relief Under 28 U.S.C. § 2255 is DENIED.  The Court orders that such judgment be entered.

Dated: October 2, 2014

*Virginia A. Phillips*
United States District Judge